**BLOCK FINANCIAL CORPORATION,**
Plaintiff–Appellant,

v.

**YODLEE, INC.,** Defendant–
Cross Appellant.

No. 04–1087, 04–1136.

United States Court of Appeals,
Federal Circuit.

March 22, 2005.

Before SCHALL, DYK, and PROST,
Circuit Judges.

*ORDER*

Upon consideration of the parties' joint motion to dismiss the appeal, vacate the judgment of the district court, and remand to the district court for dismissal of the action with prejudice,

IT IS ORDERED THAT:

1) The case is REMANDED to the United States District Court for the Western District of Missouri to dismiss the action with prejudice, and to consider whether the judgment should be vacated, pursuant to the parties' settlement agreement.

2) Each side shall bear its own costs.